# EXHIBIT A

Docusign Envelope ID: AE51B762-5BD9-49FB-9B70-8656483F0AD4

**SFEI | AQUATIC SCIENCE CENTER**  4911 Central Ave, Richmond, CA 94804, p: (510) 746-7334, f: (510) 746-7300    www.sfei.org

June 5, 2025

Christine Ennis
U.S. Department of Justice
Environment & Natural Resources Division
Via email: Christine.Ennis@usdoj.gov

RE:     Pacific Environmental Advocates LLC v. Valley Recycling Inc.

To Whom it May Concern,

This letter is intended to provide assurance that I have received and read the proposed Settlement Agreement between Pacific Environmental Advocates LLC v. Valley Recycling Inc. and that I am authorized by my Board of Directors to make the following binding commitments on behalf of the San Francisco Estuary Institute (SFEI).

1) I understand that San Francisco Estuary Institute should receive funds from Valley Recycling Inc. as specified in the consent judgment. San Francisco Estuary Institute shall only use these funds for projects to improve water quality within the Central Valley Region. These funds will not be used for political lobbying activities.

2) San Francisco Estuary Institute is planning to use the funds to support environmentally beneficial projects that improve water quality throughout the Central Valley Region areas through outreach and partnership building with community groups.

3) Following the expenditure of funds, San Francisco Estuary Institute will submit a letter to the Court, the United States, and the parties, describing how the funds were spent.

## San Francisco Estuary Institute

The San Francisco Estuary Institute is a 501(c)(3) non-profit organization (tax ID# ▇▇▇▇▇▇▇▇). Our mission is to deliver visionary science that empowers people to revitalize nature in our communities. We provide independent science to assess and improve the health of the waters, wetlands, wildlife and landscapes of San Francisco Bay, the California Delta and beyond. Our science helps guide the work of policy-makers, Tribal leaders, natural resource managers, city officials, researchers, journalists, community organizers, and more. To fulfill this mission, San Francisco Estuary Institute conducts the following activities:

1) Implements the Regional Monitoring Program for Water Quality in San Francisco Bay which provides water quality regulators and policy-makers with information they need to manage the Bay effectively. The RMP is an innovative collaborative effort between SFEI, the Regional Water Quality Control Board, and the regulated discharger community. The Program was established in 1993, and has an annual budget of $3.5 million.

2) Implements the Nutrient Management Strategy for San Francisco Bay which includes teams of regional scientists to develop the necessary scientific understanding to allow regulators and stakeholders to make informed decisions about i) whether the Bay is trending toward nutrient-related impairment; ii) what nutrient reductions are needed to mitigate or prevent impairment; and iii) sub-regional and regional approaches that achieve necessary reductions and yield the highest ratios of overall benefits to cost.

Docusign Envelope ID: AE51B762-5BD9-49FB-9B70-8656483F0AD4

3) Supports decision-making for a healthier environment with dynamic, science-based tools that are accessible to all.

4) Uses design and storytelling to make science accessible and usable so changemakers can explore how science protects our communities and the environment against the threats of climate change, pollution, and other challenges.

I hope this provides you with the information you require. Please do not hesitate to contact me with any questions you might have.

Sincerely,

*Warner Chabot*

Warner Chabot
Executive Director of San Francisco Estuary Institute

No goods or services were provided in exchange for this gift. SFEI is an exempt organization as described in Section 501(c)(3) of the Internal Revenue Code. Our Federal Tax I.D. number is ▮▮▮▮▮▮▮▮▮.